# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LORI GOODMAN**                                                                  **PLAINTIFF**

v.                        No. 1:18-CV-00003-JM-BD

**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

DATED this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE